1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12    DANIEL REYES,                              Case No. 16-CV-00876-LHK

13              Plaintiff,                       **CASE MANAGEMENT ORDER**

14         v.

15    COUNTY OF SANTA CLARA, et al.,

16              Defendants.

17

18    Attorney for Plaintiff: Robert Powell
      Attorney for Defendants County of Santa Clara and Nathan Nario: Melissa Kiniyalocts

19

20         An initial case management conference was held on June 1, 2016.  A further case
      management conference is set for July 6, 2016 at 2:00 p.m.  The parties shall file their joint case
      management statement by June 29, 2016.

21

22         Answers from the three Defendants who have not yet appeared in this case shall be filed by
      June 27, 2016.  By July 1, 2016, the parties shall file a stipulation to a stay of all proceedings,
23    signed by all parties.  The stipulation shall request that the further case management conference be
      continued to January 11, 2017 and that the Clerk administratively close the file.

24

25         Per the parties' stipulation, initial disclosures are stayed.

26    **IT IS SO ORDERED.**

27
                                                      1
28
      Case No. 16-CV-00876-LHK
      CASE MANAGEMENT ORDER

United States District Court
Northern District of California

Dated: June 1, 2016

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

2

Case No. 16-CV-00876-LHK
CASE MANAGEMENT ORDER